SALVATORE DeVITA, Appellant, v. ATLANTIC STATE BANK, Respondent. THE CITY TRUST COMPANY OF NEW YORK, Respondent, v. SALVATORE DeVITA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE FRANKLIN TRUST COMPANY OF PATERSON v. JACOB MENDELSON, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PASQUALE SAVARESE and Another v. OHIO FARMERS INSURANCE COMPANY OF LE ROY, OHIO, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NATIONAL SURETY COMPANY v. THE TOTTENVILLE NATIONAL BANK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOIS WEATHERBEE v. CLAUDE S. NEWMAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SCHERING & GLATZ, INC., v. AMERICAN PHARMACEUTICAL CO., INC., and Another. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present —: Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN HYDE v. JUAN VINOLAS and Others.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROTHMERE MORTGAGE CORPORATION v. GUS VAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of such leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWARD J. QUINTAL and Others v. WILLIAM HERTZ and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LYDA F. CURRY v. HENRY W. FARNUM and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of the CITY OF NEW YORK against WILLIAM G. FULLEN and Others. NEW YORK CENTRAL RAILROAD COMPANY, Intervening Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of 111 JOHN STREET CORPORATION for a Certiorari Order against HENRY L. CONNELL and Others. PLATT HOLDING CORPORATION and Another, Intervening Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell. O'Malley, Sherman and Townley, JJ.